CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jesus Ayala,**<br><br>    Plaintiff,<br><br>v.<br><br>**LCS Main, LLC,** a California Limited Liability Company;<br>**The Ticket Clinic, A Professional Law Corporation,** a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 2:17-CV-02560 RGK(SKX)<br><br>**NOTICE OF ERRATA RE: COMPLAINT** |

Please take notice that Plaintiff has identified a spelling error in his Complaint (docket entry 1). In his Complaint, Plaintiff mistakenly identifies that the Defendant owns a "Traffic Clinic" located at or about 2542 Florence Ave., Huntington Park, California. Instead, the Complaint should have said that the Defendant owns a "Ticket Clinic" at the referenced address. Accordingly, Plaintiff respectfully requests that by this Notice of Errata,

1 | "Traffic Clinic" in paragraphs 4, 5, 10, 11, 12, 19, 22, and 31 be changed to
2 | "Ticket Clinic."

4 | Dated: May 31, 2017            CENTER FOR DISABILITY ACCESS

By: /s/ Mark Potter
Mark Potter, Esq.
Attorneys for Plaintiff